FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 4 2014

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHEREE LYNEE PUSKAS,<br><br>Defendant. | Case No.: SA14-109M<br><br>ORDER OF REVOCATION AND DETENTION AFTER HEARING<br>[18 U.S.C. 3148(B)] |

The defendant having been arrested in this District pursuant to a warrant previously issued by the Honorable David H. Bartick, United States Magistrate Judge, of the United States District Court for the Southern District of Califoria, and the Court having conducted a hearing on the alleged violation(s), the Court finds as follows:

(1)( ) A.  there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

(X) B.  there is clear and convincing evidence that the defendant violated the conditions of release identified on page 2 of the 03/03/14 Petition:

and

(2)(X) A.  that based on the factors set forth in 18 U.S.C. §3142(g), there is no condition or combination of conditions of release that will assume that the defendant will not

|     |     |     |
| --- | --- | --- |
|     |         | flee or pose a danger to the safety of any other person or the community; or |
|     | (X) B.  | that the defendant is unlikely to abide by any condition or combination of conditions of release. |
|     |         | ( ) and/or in the event of (1)(A): |
|     | (3)( )  | that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community. |
|     | (4)( )  | that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. *See* separate order setting conditions. |
|     | ( )     | This Order shall be stayed for 72 hours in order to allow the Government to seek review from the District Judge assigned to this case or assigned to handle this matter by virtue of being on criminal duty. |

(X)   IT ORDERED that the defendant is detained and that she is ordered to be transported to the charging district to appear for a revocation hearing before the judicial officer in the charging district whose release conditions defendant is charged with violating.

Dated: March 4, 2014

                                             /s/   Arthur Nakazato
                                               ARTHUR NAKAZATO
                                  UNITED STATES MAGISTRATE JUDGE